UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GREGORY MARLOW,

        Plaintiff,

   v.

VINCENT S. CULLEN, *et al.*,

        Defendants.
                                      /

No. C-10-1417 EMC (pr)

**ORDER RE BRIEFING SCHEDULE**

      Defendants filed a motion to deny Plaintiff *in forma pauperis* status and motion to dismiss under Rule 12(b) on October 17, 2011. Plaintiff has not filed an opposition to that motion. In light of the possibility that Plaintiff thought that the reassignment of this action from Judge Fogel to the undersigned vacated the briefing schedule on the motion, the Court now sets the following new briefing schedule on Defendants' motion to deny Plaintiff *in forma pauperis* status and motion to dismiss: Plaintiff must file and serve on defense counsel his opposition to Defendants' motion no later than **December 30, 2011**. Defendants must file and serve their reply brief (if any) no later than **January 17, 2012**.

      IT IS SO ORDERED.

Dated: December 6, 2011

                                                _____
                                                EDWARD M. CHEN
                                                United States District Judge